EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte:<br><br>Ismael Almodóvar García | 2010 TSPR 43<br><br>178 DPR _____ |

Número del Caso: TS-8646

Fecha: 30 de marzo de 2010

Abogado de la Parte Peticionaria:

            Por derecho propio

Materia: Baja Voluntaria del Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


Ismael Almodóvar García
                              8646




RESOLUCIÓN


San Juan, Puerto Rico, a 30 de marzo de 2010.

   Examinada la solicitud presentada por el Lcdo. Ismael Almodóvar García, se autoriza su baja voluntaria del ejercicio de la profesión.

   Publíquese.

   Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo